ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Herai Alpha Construction Consultancy | ) | ASBCA Nos. 59386, 59774 |
| and Engineering Company | ) | |
| | ) | |
| Under Contract No. W5J9JE-13-C-0028 | ) | |

APPEARANCE FOR THE APPELLANT:      William J. Spriggs, Esq.
                 Spriggs Consulting Services
                 Lynchburg, VA

APPEARANCES FOR THE GOVERNMENT:      Thomas H. Gourlay, Jr., Esq.
                 Engineer Chief Trial Attorney
                 James D. Stephens, Esq.
                 Regina L. Schowalter, Esq.
                 Engineer Trial Attorneys
                 U. S. Army Engineer District, Middle East
                 Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 7 April 2017

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59386, 59774, Appeals of Herai Alpha Construction Consultancy and Engineering Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals